CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 0 7 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD L. WALLER, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00188 |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| E. BACK, et al., | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 7th day of April, 2006.

Senior United States District Judge